IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED

OCT 0 1 2024

CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 24-212 |
| VINCENT WOLF | [UNDER SEAL] |

## MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Eric G. Olshan, United States Attorney for the Western District of Pennsylvania, and Brendan J. McKenna, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant VINCENT WOLF upon the grounds that an Indictment has been returned in the above-captioned criminal case charging the defendant with violating Title 29, United States Code, Sections 439(b) and 501(c).

Recommended bond: $10,000

                                            Respectfully submitted,

                                            ERIC G. OLSHAN
                                            United States Attorney

By:    */s/ Brendan J. McKenna*
        BRENDAN J. MCKENNA
        Assistant U.S. Attorney
        PA ID No. 314315